732

No. 373. PETIT ANSE CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Frank McLoughlin, Marion N. Fisher* and *Joseph S. Clark, Sr.* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, A. F. Prescott* and *I. Henry Kutz* for respondent.

No. 375. ARMOUR & CO. *v.* NATIONAL LABOR RELATIONS BOARD. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Kenaz Huffman, Charles J. Faulkner, Frederick R. Baird* and *Paul E. Blanchard* for petitioner. *Solicitor General McGrath, Gerhard P. Van Arkel, Morris P. Glushien* and *Mozart G. Ratner* for respondent.

No. 386. THOMPSON *v.* ILLINOIS. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 387. ENSLEY BANK & TRUST CO. *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *B. A. Monaghan* and *Lee C. Bradley, Jr.* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Robert N. Anderson* and *Lee A. Jackson* for the United States.